Submitted on record and briefs August 15, affirmed August 29, 1977

In the Matter of the Marriage of
KELTZ, *Respondent,*
*and*
KELTZ, *Appellant.*
(No. 76-2101-E-1, CA 8215)
567 P2d 1094

Michael G. Smith, Medford, filed the brief for appellant.

Larry L. Kerr, Medford, filed the brief for respondent.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

Affirmed. *McCoy and McCoy,* 28 Or App 919, 562 P2d 207, 29 Or App 287, 563 P2d 738 (1977). No costs to either party.